COBB and MORRIS *against* DARROW.

The plaintiff has a right to act on a notice of bail, received from an attorney of this court; though he may not have been retained; and tho' bail may not be in as stated in the notice.

AN attorney, without any authority from the defendant, gave notice to the attorneys for the plaintiff, that special bail was in for the defendant. On this notice, and 4 days after, the plaintiff's attorneys entered the defendant's default.

And though no bail was, in fact, in, as the notice stated; and was not filed till some time after, and by another attorney;

The Court refused to set aside the proceedings for irregularity; saying the plaintiffs had a right to act upon the notice.

D. Cady, for the motion.

H. P. Hunt, contra.